UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; PARK PLACE COMMERCE INVESTMENTS, LLC; COMMERCE STREET INVESTMENTS, LLC; PRU ALPHA FIXED INCOME OPPORTUNITY MASTER FUND I, L.P.; PRUDENTIAL TRUST COMPANY; and PRUDENTIAL INVESTMENT PORTFOLIOS 2, <br><br>Plaintiffs, <br><br>-against- <br><br>GOLDMAN, SACHS & COMPANY; GOLDMAN SACHS MORTGAGE COMPANY; and GS MORTGAGE SECURITIES CORPORATION, <br><br>Defendants. | Hon. Susan D. Wigenton <br><br> No. 12 CV 6590 (SDW)(MCA) <br><br><br> STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that all claims that were asserted or could have been asserted in the above-captioned action are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all costs and expenses of suit being paid by the party incurring the same.

1

Dated: December 30, 2013

_____
David W. Field
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2356
Facsimile: (973)597-2357
dfield@lowenstein.com

*Attorneys for Plaintiffs*

Of Counsel:
QUINN EMANUEL URQUHART &
SULLIVAN LLP
Daniel L. Brockett, Esq.
David D. Burnett
51 Madison Avenue
New York, NY 10010
(212) 849-7000
danbrockett@quinnemanuel.com

Dated: December 20, 2013

/s/ A. Ross Pearlson
---
A. Ross Pearlson
WOLFF & SAMSON PC
One Boland Drive
West Orange, New Jersey, 07052
Telephone: (973) 530-2100
Facsimile: (973) 530-2300
rpearlson@wolffsamson.com

*Attorneys for Defendants*

Of Counsel:
BOIES, SCHILLER & FLEXNER LLP
Jonathan D. Schiller
Philip M. Bowman
575 Lexington Avenue
New York, NY 10022
(212) 446-2300
pbowman@bsfllp.com

So Ordered
This ___ day of January 2014

Susan D. Wigenton, U.S.D.J.